DOROTHY M. WRIGHT, Appellant, *v.* WILLIAM A. PRIME, JR., Defendant, and HANLEY RIED & Co., Respondent.

(Argued March 11, 1935; decided April 16, 1935.)

514

*James Marshall* for appellant.

*William H. Harding* and *Thomas J. Gonsalves* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.